ERISA, de novo review

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GOLDHAWK,<br><br>  Plaintiff,<br><br> v.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>  Defendant. | Case No. 24-cv-01185-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the initial case management conference held on June 6, 2024, the Court imposed the following case deadlines:

| | |
|---|---|
| Exchange initial disclosures: | June 7, 2024 |
| Move to amend pleadings: | June 21, 2024 |
| Submit discovery dispute joint letter: | July 13, 2024 |
| Private mediation: | September 30, 2024 |
| Lodge administrative record: | October 25, 2024 |
| Rule 52 opening briefs: | November 1, 2024 |
| Rule 52 responsive briefs: | November 22, 2024 |
| Rule 52 Hearing: | January 9, 2025 at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated: June 6, 2024

JACQUELINE SCOTT CORLEY
United States District Judge